IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 15 C 1065 |
| G. A. JOHNSON & SON, an Illinois corporation, | ) ) ) | JUDGE CHARLES R. NORGLE, SR. |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, G. A. JOHNSON & SON, an Illinois corporation, in the total amount of $8,705.62, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $962.50.

On February 4, 2015, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his receptionist, Clair Martin) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on February 25, 2015. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 20th day of March 2015:

> Mr. George D. Maurides, Registered Agent
> G. A. Johnson & Son
> 33 N. LaSalle Street, Suite 1910
> Chicago, IL   60602
>
> Mr. Jack Galbraith, President
> G. A. Johnson & Son
> 828 Foster Street
> Evanston, IL   60201

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Hrccj\Johnson, G.A. & Son\motion.cms.df.wpd